NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Cross-Appellant*

---

2023-1765, 2023-1809

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,714.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

April 8, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 8, 2024